# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| In re: Mortgage Foreclosure Cases | Misc. No. 11-mc-88-M-LDA |

## ORDER

1.  At the request of the Chief Judge, all mortgage foreclosure cases currently venued in the United States District Court for the District of Rhode Island are assigned to Judge John J. McConnell, Jr. and to Magistrate Judge Lincoln D. Almond and all mortgage foreclosure cases filed here in the future will be assigned to Judge John J. McConnell, Jr. and to Magistrate Judge Lincoln D. Almond.

2.  A list of pending mortgage foreclosure cases currently subject to this Order is attached hereto as Exhibit A.

3.  All mortgage foreclosure cases (currently filed and to be filed in the future) are subject to this Order.

4.  All mortgage foreclosure cases are hereby **STAYED** and shall remain so until further order of the Court. Any deadlines for filings on any issue are hereby suspended. Counsel are permitted to file Notices of Appearance.

5.  The Court will establish a Master Docket (11-mc-88-M-LDA) captioned *In re: Mortgage Foreclosure Cases* strictly for the purpose of case management by the Court. Counsel shall continue filing all papers in their individual cases only; counsel shall not file anything in the Master Docket unless instructed to by the Court.

6.      For efficient communication with the Court and administration of these cases, counsel shall meet and confer and select liaison counsel (*see Manual for Complex Litigation* (Fourth) §10.22 (2004)), two for all plaintiffs and two for all defendants.  The parties shall notify the Court on or before September 2, 2011 of their selections.

7.      The Court will require all parties in all mortgage foreclosure cases to engage in directed and serious settlement discussions prior to the lifting of the stay in any individual case.

8.      The Court is considering the appointment of a Master pursuant to Fed. R. Civ. P. 53 in order to assist with pre-trial matters and facilitate settlement in the individual cases.  Any party wishing to be heard on this matter, including on the suggestion of candidates for appointment as Master, shall file such comments on or before September 2, 2011.

9.      The Court will hear argument on the standing issue in Plaintiffs' Objections to the Reports and Recommendations in *Fryzel v. Mortgage Electronic Registration Systems, Inc., et al.* (C.A. No. 10-352-M) and *Cosajay v. Mortgage Electronic Registration Systems, Inc., et al.* (C.A. No. 10-442-M) on **September 13, 2011 at 10:00 a.m. in Courtroom 3**.  Any party subject to this Order that is not a party to the aforementioned two individual cases wishing to file an amicus brief on the standing issue shall do so by September 2, 2011.  Only counsel in the aforementioned two individual cases will be allowed to present oral argument.

IT IS SO ORDERED:

John J. McConnell, Jr.
United States District Judge

August 16, 2011

2