## EXHIBIT "A"

## MORTGAGE FORECLOSURE CASES

1. 10-024 Tracy v. Deutche Bank
2. 10-068 Medeiros v. Option One
3. 10-160 McLaughlin v. American Home
4. 10-215 Rezendez v. Option One
5. 10-268 Pool v. MERS
6. 10-352 Fryzel v. MERS
7. 10-442 Cosajay v. MERS
8. 10-481 Aceto v. American Brokers
9. 11-004 Moll v. MERS
10. 11-007 Cerbo v. Argent Mtg.
11. 11-022 Tavares v. MERS
12. 11-028 Archibald v. MERS
13. 11-046 Aceto v. MERS
14. 11-097 DelDeo v. Option One
15. 11-123 Boudreau v. Option One
16. 11-124 Rodriguez v. MERS
17. 11-170 Schofield v. US Bank
18. 11-189 Lehoullier v. E. Loan
19. 11-219 Wu v. Wells Fargo
20. 11-232 Curi v. Ameriquest Mortgage
21. 11-237 DiGiorgio v. MERS
22. 11-241 Neves v. Ameriquest
23. 11-256 Tavares v. MERS
24. 11-257 Grena v. MERS
25. 11-262 Collupy v. MERS
26. 11-272 Kaskel v. MERS
27. 11-278 DiNezza v. MERS
28. 11-283 Hillier v. MERS
29. 11-284 Rivera v. Option One
30. 11-285 Fasulo v. MERS
31. 11-286 Pries v. MERS
32. 11-288 Aver v. MERS
33. 11-289 Barboza v. MERS
34. 11-290 MacKay v. MERS
35. 11-291 Dolan v. MERS
36. 11-295 Azevedo v. America's Wholesale Lenders
37. 11-296 Menta v. MERS

| 38. | 11-300 | Pagliaro v. MERS |
| 39. | 11-305 | Sullivan v. MERS |
| 40. | 11-306 | Forrest v. Wells Fargo |
| 41. | 11-307 | Dumouchelle v. Equity Concepts |
| 42. | 11-309 | Robles v. MERS |
| 43. | 11-311 | Williams v. MERS |
| 44. | 11-312 | Boisseau v. National City Bank |
| 45. | 11-316 | Jacques v. New Century Mortgage |
| 46. | 11-317 | Kinder v. MERS |
| 47. | 11-318 | Vargas v. MERS |
| 48. | 11-319 | Currier v. MERS |
| 49. | 11-320 | Nowling v. MERS |
| 50. | 11-321 | Lanning v. MERS |
| 51. | 11-324 | Gallagher v. MERS |
| 52. | 11-330 | In v. MERS |
| 53. | 11-332 | Picard v. MERS |
| 54. | 11-333 | Ciccone v. Aurora Loan Services |
| 55. | 11-334 | D Knight Real Estate v. MERS |
| 56. | 11-338 | Berrillo v. MERS |
| 57. | 11-346 | Lopez v. MERS |
| 58. | 11-347 | Benjamin v. MERS |
| 59. | 11-353 | Santana v. HSBC Bank |
| 60. | 11-358 | Guerra v. MERS |
| 61. | 11-363 | Mandarelli v. MERS |
| 62. | 11-366 | Femminella v. WAMU |
| 63. | 11-369 | Newberry v. MERS |