UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Robert E. Moll<br><br>　　　　Plaintiff,<br>　v.<br><br>Mortgage Electronic Registration Services, Inc. ("MERS"), Domestic Savings Bank, Credit Northeast, Countywide Home Loan Servicing, Bank of Amercia, NA, Bank of Amercia Servicing Corporation, Inc., Federal National Mortgage Association, Bank of America, NA<br><br>　　　　Defendants. | Civil Action No. 1:11-cv-00004-M-LDA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Robert E. Moll and Defendants Mortgage Electronic Registration Systems, Inc. (incorrectly named herein as Mortgage Electronic Registration Services, Inc.) and Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (incorrectly named herein as Bank of Amercia [*sic*] Servicing Corporation, Inc. and as Countrywide Home Loan Servicing, respectively), stipulate to the dismissal of the above-captioned action, with prejudice, upon such terms as agreed upon by the parties and as follows:

　　　　1.　　　The above-captioned matter in its entirety, to include all claims and counterclaims asserted or which could have been asserted, is hereby dismissed with prejudice, with each party to bear its own costs and fees and all parties waiving all rights of appeal.

　　　　2.　　　All the Use and Occupancy payments shall be released to Attorney Corey J. Allard, Esquire for proper disbursement to the Plaintiff pursuant to the terms of the parties' Settlement Agreement and Release, and the sum of $110.00 which represents the Special Master

Fee now due will be disbursed to the Special Master's Office to satisfy the outstanding Plaintiffs' Special Master Fee.

      3.      Each of the undersigned parties warrants and represents as to himself/itself that each has paid all retainer fees billed to that party and waives the return of any retainer fee monies paid to the Special Master as a result of these proceedings. Relative to the retainer fee now due by the Plaintiff, that amount may be withheld from the Use and Occupancy disbursement.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Plaintiff, | Defendants, |
| ROBERT E. MOLL | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., COUNTRYWIDE HOME LOANS SERVICING, LP, BAC HOME LOANS SERVICING, LP, and BANK OF AMERICA, N.A. |
| By his Attorney, | |
| /s/ Corey J. Allard, Esquire | |
| Corey J. Allard, Esq. (#7476) | |
| Babcock Law Office | By their Attorney, |
| 574 Central Avenue | |
| Pawtucket, RI 02861 | |
| (401) 724-1904 | /s/ Harris K. Weiner |
| callard@allardlaw.com | Harris K. Weiner #3779 |
| | Salter McGowan Sylvia & Leonard, Inc. |
| DATED: February 13, 2014 | 321 South Main Street, Suite 301 |
| | Providence, RI 02903 |
| | Office: 401-274-0300 |
| | Fax: 401-453-0073 |
| | hweiner@smsllaw.com |
| | DATED: |

## **CERTIFICATE OF SERVICE**

  I, Corey J. Allard, hereby certify that on February 13, 2014, a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to Harris K. Weiner, Salter McGowan Sylvia & Leonard, Inc., 321 South Main Street, Suite 301, Providence, RI 02903.

                   /s/ Corey J. Allard